IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | BANKRUPTCY CASE |
| | ) | |
| WILLIAM E JACKSON, | ) | NO.: 14-39770-JBS |
| | ) | |
| Debtor. | ) | CHAPTER 13 |
| | ) | |
| | ) | JUDGE: JACK B. SCHMETTERER |
| | ) | |

## NOTICE OF MOTION

TO:  SEE ATTACHED ADDRESSES

PLEASE TAKE NOTICE THAT ON December 18, 2019 at 9:00 am, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Jack B. Schmetterer, U.S. Bankruptcy Judge, 219 S. Dearborn St., Room 682, Chicago, Illinois 60604, and shall then and there present the attached Motion and at which time you may appear if you so desire.

## CERTIFICATION

I, the undersigned Attorney, Certify that I served a copy of this Notice to the Addresses attached by electronic notice through ECF or by depositing the same at the U.S. Mail at 1 North Dearborn, Chicago, Illinois 60602 at 5:00 P.M. on December 5, 2019, with proper postage prepaid.

McCalla Raymer Leibert Pierce, LLC

*/s/ Toni Townsend*
Toni Townsend
ARDC #6289370
1 N. Dearborn Suite 1200
Chicago, IL 60602 (312) 346-9088

**This is an attempt to collect a debt and any information obtained will be used for that purpose.**

## NOTICE OF MOTION ADDRESSES

To Trustee:  *by Electronic Notice through ECF*
Tom Vaughn
55 E. Monroe Street
Suite 3850
Chicago, IL 60603

To Debtor:  *Served via U.S. Mail*
William E Jackson
3857 W Grenshaw St
Chicago, Il 60624

To Attorney:  *by Electronic Notice through ECF*
Nathan C Volheim
Sulaiman Law Group, Ltd.
2500 South Highland Avenue
Suite 200
Lombard, IL 60148

McCalla Raymer Leibert Pierce, LLC
Attorney For: Creditor
1 N. Dearborn Suite 1200
Chicago, IL 60602
(312) 346-9088

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: William E. Jackson<br><br>*Debtor(s)*, | Chapter 13<br><br><br>Case No. 14-39770<br><br><br>Judge Jack B. Schmetterer |

MOTION TO COMPEL MODIFIED PLAN FOR ESCROW TREATMENT AND PAYMENT OF ESCROW OR (in the alternative) MOTION FOR AN ORDER EXCLUDING MOVANT FROM THE FORTHCOMING CHAPTER 13 DISCHARGE ORDER

NOW COMES Nationstar Mortgage LLC d/b/a Mr. Cooper, by and through its attorneys, McCalla Raymer Leibert Pierce, LLC, requesting that the Debtor's Plan be modified to include escrow treatment and payment or, alternatively, for an order excluding Nationstar Mortgage LLC d/b/a Mr. Cooper from the discharge order, stating as follows:

1. On October 31, 2014 the above captioned petition was filed under Chapter 13 of the Bankruptcy Code.

2. Nationstar Mortgage LLC d/b/a Mr. Cooper services the mortgage lien on the property located at 3857 W. Grenshaw Street, Chicago, IL 60624

3. The Debtor's confirmed plan provides that the Trustee will tender funds totaling $36,000.00, plus 5.25% interest over the life of the Chapter 13 Plan, as part of a 'cram down' of the mortgage debt.

4. However, the plan is silent with regard to property taxes, therefore those terms of the mortgage contract were not altered by the confirmation of the Debtor's Chapter 13 Plan.

5. Furthermore, Debtor's Schedule J, line 20b, acknowledges that taxes were not included in the payment from the Trustee to Nationstar Mortgage LLC d/b/a Mr. Cooper and that the Debtor is responsible for those post-petition payments.

6. Nationstar Mortgage LLC d/b/a Mr. Cooper has advanced a total of $7,193.71 for taxes on behalf of the Debtor since the inception of the bankruptcy case and seeks reimbursement for the advances.

7. Nationstar Mortgage LLC d/b/a Mr. Cooper requests that the Court enter an order compelling a modified plan to address the tax reimbursements due to Nationstar Mortgage LLC d/b/a Mr. Cooper.

8. Alternatively, Nationstar Mortgage LLC d/b/a Mr. Cooper requests an order that excepts this mortgage debt from discharge until the Debtor tenders funds to Nationstar Mortgage LLC d/b/a Mr. Cooper to reimburse for the escrow funds advanced.

WHEREFORE Nationstar Mortgage LLC d/b/a Mr. Cooper prays that the court enter an order compelling the Debtor to file an amended plan that address the post-petition tax and insurance premium advances made on his behalf or, alternatively, an order that excepts the mortgage debt owed to Nationstar Mortgage LLC d/b/a Mr. Cooper from discharge until the post-petition escrow advances are fully reimbursed, and for such further relief as this Honorable Court deems just.

Nationstar Mortgage LLC d/b/a Mr. Cooper
/s/ *Toni Townsend*
Toni Townsend
ARDC #6289370

McCalla Raymer Pierce, LLC
1 N. Dearborn St. Suite 1200
Chicago, IL 60602
(312) 346-9088